1

2                 UNITED STATES DISTRICT COURT

3                EASTERN DISTRICT OF WASHINGTON

4

5   PAMELA LYNN BRAFFORD-GEBHARDT,  )
                                    )    No.  CV-11-356-JPH
6                      Plaintiff,   )
                                    )    ORDER GRANTING STIPULATED
7   v.                              )    MOTION FOR REMAND
                                    )
8   MICHAEL J. ASTRUE,              )
    Commissioner of Social          )
9   Security,                       )
                                    )
10                     Defendant.   )
    _____)

11       BEFORE THE COURT is the parties' stipulated motion to remand

12   this case to the Commissioner for further administrative

13   proceedings pursuant to sentence four of 42 U.S.C. § 405(g), **ECF**

14   **No. 17**. Jeffrey Schwab represents Plaintiff. Special Assistant

15   United States Attorney Debra Meachum represents Defendant. The

16   parties have consented to proceed before a magistrate judge, ECF

17   No. 6.

18       After considering the stipulated motion, ECF No. 17,

19   **IT IS ORDERED** that the **motion is GRANTED. The case is REVERSED and**

20   **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for

21   further administrative proceedings, including:

22       1. The ALJ will address the opening and revision issues

23   related to Plaintiff's prior application dated August 11, 2006, in

24   which she alleged an onset date of March 31, 2006, the same date

25   she alleged disability in her pending application;

26       2. The ALJ will evaluate the issue of disability for the

27   entire period at issue in accordance with the sequential

28   ORDER GRANTING STIPULATED MOTION
     FOR ORDER OF REMAND - 1

evaluation process, C.F.R. § 416.920;

3. The ALJ will utilize a medical expert to assess Plaintiff's mental functioning during the entire period at issue;

4. The ALJ will reassess Plaintiff's residual functional capacity in light of the entire record, including all opinions of record and any additional evidence received; and

5. The ALJ will obtain evidence from a vocational expert if necessary.

Because this remand is pursuant to sentence four with a remand to the Commissioner for further proceedings (*see Melkonyan v. Sullivan*, 501 U.S. 89 (1991)), Plaintiff is entitled to reasonable attorney's fees and costs pursuant to 28 U.S.C. § 2412 (a), (d), upon proper request to this Court.

IT IS FURTHER ORDERED:

1. The parties' stipulated motion for an order of remand pursuant to sentence four, ECF No. 17, is **GRANTED.**

2. Judgment shall be entered for **PLAINTIFF.**

3. An application for attorney fees and costs may be filed by separate motion.

4. The District Court Executive is directed to enter this Order, enter judgment for Plaintiff, forward copies to counsel, and **CLOSE** the file.

**IT IS SO ORDERED**.

**DATED** this 27th day of June, 2012.

                        s/James P. Hutton
                     JAMES P. HUTTON
              UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION
FOR ORDER OF REMAND - 2